# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL BOUSTANI and ANTOUN BOUSTANI, <br><br> Plaintiffs, <br><br> v. <br><br> METLIFE, INC. <br><br> Defendant. | C.A. No. 1:23-cv-10156 <br><br><br> (formerly Suffolk County Superior Court C.A. No. 2284CV002613) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Local Rule 68.2, the parties in the above-referenced matter hereby stipulate that the above-captioned action shall be dismissed with Prejudice, and that each party shall be responsible for his/its own attorneys' fees, costs, and other expenses.

Respectfully submitted,

| METLIFE, INC. | GABRIEL BOUSTANI and ANTOUN BOUSTANIl |
|---|---|
| By its attorney, | By their attorneys, |
| */s/ John M. Allen* <br> John M. Allen, Esq. (BBO# 673081) <br> MCCARTER & ENGLISH LLP <br> 265 Franklin Street <br> Boston, MA 02110 <br> Tel. 617-449-6500 <br> jallen@mccarter.com | */s/ Mitchell J. Perne* <br> Mitchell J. Perne (BBO# 703808) <br> DEMEO, LLP <br> 66 Long Wharf <br> Boston, MA 02110 <br> Tel. 617- 263-2600 <br> mperne@DemeoLLP.com |

April 11, 2023

## CERTIFICATE OF SERVICE

      I, John Allen, hereby certify that on this 11th day of April, 2023, I caused a copy of the enclosed to be served through the Court's electronic filing system.

      */s/ John M. Allen*
      John M. Allen